# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA; et seq.**
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 16-05658

Sheriff's Sale Date: _____

v.

**SAUNSIREE S. BAXTER, ET AL,**
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served SAUNSIREE S. BAXTER the above process on the 2 day of January, 2017, at 3:31 o'clock, PM, at 5543 PEMBERTON STREET PHILADELPHIA, PA 19143, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age <u>41-45</u>  Height <u>5'10</u>  Weight <u>180</u>  Race <u>BLACK</u>  Sex <u>FEMALE</u>  Hair <u>BLACK</u>

Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of **Pa** ) 
                              ) SS:
County of **Berks**           )

Before me, the undersigned notary public, this day, personally, appeared **D'wayne Henriksson** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me this **5** day of **Jan**, 20**17**

_____
Notary Public

File Number: USA-158188
Case ID #: 4774657

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017